✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 14 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:11-CR-0087-LRH-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| PHILLIP YESSLITH, | |
| Defendants. | |

Based upon the District Court's Order filed October 11, 2011 (#25), defendant shall be released from custody on **Monday, October 17, 2011** and shall be supervised by Pretrial Services with the following conditions:

1. Pretrial Services supervision;

2. Maintain residence as approved by Pretrial Services, and do not move without prior approval of Pretrial Services;

3. Refrain from use or possession of any alcohol or drugs;

4. Submit to drug and alcohol testing as directed by Pretrial Services;

5. Participate in the Tule River Alcoholism Program and comply with their rules;

6. Upon completion of residential substance abuse treatment program, defendant shall participate in an outpatient substance abuse treatment program as deemed necessary by Pretrial Services, and pay the associated costs;

7. Avoid all contact with the victim associated with the instant alleged offense;

8. Refrain from possession of a firearm, destructive device, or other dangerous weapon; and

9. Immediately upon arrival at the Tule River Alcoholism Program, defendant shall contact Pretrial Services and a representative from the Tule River Alcoholism Program shall independently verify that the defendant has arrived.

Therefore, defendant's request for release from custody (#27) is GRANTED.

**IT IS SO ORDERED.**

DATED: October 14, 2011

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE